```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO.  07-21401-CIV-GRAHAM
                         MAGISTRATE JUDGE P.A. WHITE
```

SHEMTOV MICHTAVI,                 :

     Plaintiff,             :
                                                REPORT RE GRANT OF MOTION
v.                                :  TO PROCEED IFP ON APPEAL
                                                    CIVIL RIGHTS
ASSISTANT US ATTORNEY              (DE#74)
BENJUAMIN GREENBERG, et al
CORRECTIONS,                      :

     Defendants.            :
_____

     The plaintiff has filed a motion to proceed <u>in forma pauperis</u> on appeal in this prisoner civil rights case (De#74). The motion has been referred to the Undersigned Magistrate Judge. The documentation required by law has been provided and the appeal is found to be taken in good faith.

     It is therefore recommended that the motion to proceed <u>in forma pauperis</u> be granted. (DE#74) It is noted that the plaintiff's prison account does indicate this plaintiff is not without some funds.

     Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

     Dated this 7th day of December, 2009.

                                                                          /s/ signature
                                                    UNITED STATES MAGISTRATE JUDGE

cc:  Shemtov Michtavi, <u>Pro Se</u>
     LCI Allenwood
     Address of record

     Attorney of record
     Martin CI
     Address of Record

     Counsel of record